JoAnn Fleming, appellant, v. Glen D. Goosey and Janene R. Goosey, appellees.

367 N.W.2d 122

Filed May 3, 1985.   No. 84-462.

Stanley D. Cohen, for appellant.

Vincent M. Powers, for appellees.

Krivosha, C.J., Caporale, Shanahan, and Grant, JJ., and Colwell, D.J., Retired.

Per Curiam.

This is an appeal in an equity suit to rescind a house sale contract and to recover the downpayment. The court has reviewed the record in this matter de novo and agrees with the result reached by the trial court. The judgment is affirmed.

Affirmed.